**YENDES, Plaintiff-Appellee, v SHAW, ET, Defendant-Appellant.**

Ohio Appeals, Second District, Montgomery County.

No. 1955. Decided September 10th, 1947.

Beigel & Mahrt, Dayton, for plaintiff-appellee.
T. L. Barger, Dayton, for defendant-appellant.

## OPINION

By THE COURT

Submitted on motion to dismiss the appeal on the ground that the order appealed from is not a final order.

The defendant-appellant filed three separate defenses and a cross petition. The trial court sustained a demurrer to the second and third defenses and the cross petition. The defendant-appellant not desiring to plead further, the second and third defenses and the cross petition were dismissed.

An order sustaining a demurrer without dismissing the action is not a final order, as the Court may grant leave to amend: **National Guarantee & Finance Company v Russell, 25 Abs 483.** However, an order sustaining a demurrer to the second and third defenses and cross petition, and dismissing said defenses and cross-petition, is a final order within the provisions of §12223-2 GC from which an appeal may be taken: **Latham v Ransome Concrete Machinery Co., 13 Abs 63; Morehead v Central Trust Co., 54 Oh Ap 9.**

The motion to dismiss the appeal is overruled.

WISEMAN, PJ, MILLER and HORNBECK, JJ, concur.